Appendix A
United States Courts
Southern District of Texas
FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

April 25, 2024

Nathan Ochsner, Clerk of Court

Larry Bryant

versus

Texas City ISD

CIVIL ACTION NO. 3:24-cv-116

# EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Larry Bryant
   Address: 6806 Anderson St, Texas City, TX 77591
   County of Residence: Galveston

3. The defendant is: Texas City ISD
   Address: 1700 9th Ave N, Texas City, TX 77590

☐ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on Jan 24th 2024 with the Equal Opportunity Commission.

5. On the date of 2-10-2024, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6. Because of the plaintiff's:

   (a) ☐ race

   (b) ☐ color

   (c) ☐ Sex

   (d) ☒ Religion

   (e) ☐ national orgin,

the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☒ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☒ other: _Due to advanced notice to supervisor of my disability, I was placed in a position for which I was not hired for creating harm to my already ailment_

7. When and how the defendant has discriminated against the plaintiff:

_On about 9-1-22, the Supervisor terminated me when I would not readily ride in a car w/an openly gay male to go out in public which I plainly told Human Resource, it was against my religion_

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☒ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

   (e) ☐ to _my job as a bus driver & my overall status_

2

<u>as a TCISD employee of tenure as a substitute teacher</u> and that;

(f) ☒ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

<u>L Bryant</u>
(Signature of Plaintiff)

Address: <u>6806 Anderson St.</u>
<u>Texas City, TX 77591</u>

Telephone: <u>409-354-6034</u>

email lar.bry2@gmail.com

3

Appendix B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Larry Bryant

versus

TCISD

CIVIL ACTION NO. _____

ORIGINAL COMPLAINT

To whom it may concern:
Having previously filed my complaint with US court I found it necessary to amend with a specific charge of "reverse sexual orientation discrimination and disability violation in the workplace. By no means, I condemns anyone of their sexual preferences but I feel by what transpired over several months where both supervisors being of different sexual orientation decided to use exploits, scare tactics to favor a relationship with the individual to ride in the car with when there were several others could be chosen. This same person invaded my privacy in a bathroom when he normally would used the one next to his office. My bus was intentionally placed next to his when begining + ending our routes + during lineups before picking up kids in the afternoon. There are several instances where the head supervisor would make things difficult even terminating earlier that yr 2021

(on back)

I was reinstated when HR reviewed the matter. This 2nd time a minor incident when washing my bus led him (supervisor) to abruptly terminate me. Regarding my disability, I rode in the cabin of the bus for 5 months that has resulted in aggravation to my spinal condition. I was hired to work as a bus driver, now I am receiving intense physical therapy where I may work again. I specifically informed TCISD reasons to work as a bus driver instead of sub teaching was due covid against immuno deficiency and had a designed plan to protect against covid when driving the bus. I believe by being a member of the Church of Christ seem to bother my supervisor when he heard myself + a coworker share scriptures with each other but in a discreet manner.

note: This filing is an amendment to filing as of 7-26-2023 and of August 24, 2023 with US District Court Houston Div.