# EXHIBIT C

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **LARRY V BRYANT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | **CIVIL ACTION NO. 4:23-CV-00777** |
| § | |
| **TEXAS CITY I.S.D.,** § | |
| § | |
| Defendant. § | |

## ORDER

Plaintiff Larry v. Bryant brought this suit against Defendant Texas City I.S.D. alleging several causes of action. (ECF No. 1). Defendant filed a Motion to Dismiss. (ECF No. 5). Plaintiff filed an Amended Complaint. (ECF No. 13). At a motion hearing on June 2, 2023, the Court granted Plaintiff forty-five days to file a second amended complaint. On June 9, 2023, Defendant filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF No. 19). Plaintiff has not filed a response to the Motion to Dismiss nor filed a second amended complaint. The Motion to Dismiss is therefore **GRANTED** and the case is **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

    **SIGNED** at Houston, Texas on this the 21st of July, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE