United States District Court
Southern District of Texas
**ENTERED**
October 22, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | |
|---|---|
| LARRY BRYANT, § § Plaintiff. § § v. § CIVIL ACTION NO. 3:24-cv-00116 § TEXAS CITY ISD, § § Defendant. § | |

## FINAL JUDGMENT

Pursuant to the Court's Opinion and Order entered today, judgment is entered in Defendant's favor and this matter is dismissed.

This is a final judgment.

The Clerk will provide copies of this judgment to the parties.

SIGNED this 22nd day of October 2024.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE